Order Filed on February 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Darryl AND Elizabeth Crowder, Jr. | Case No.: _____19-28332_____<br>Chapter: _____13_____<br>Hearing Date: _____<br>Judge: _____JNP_____ |

## ORDER VACATING

_____Order Granting Motion For Relief From Stay_____

The relief set forth on the following page is hereby **ORDERED**.

DATED: February 20, 2020

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The Court on its own motion finds that the:

## Order Granting Motion For Relief From Stay

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated _____2/18/2020_____, be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:  
Darryl B. Crowder, Jr.  
Elizabeth L. Crowder  
    Debtors

Case No. 19-28332-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Feb 20, 2020  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2020.  
db/jdb       +Darryl B. Crowder, Jr.,   Elizabeth L. Crowder,   12 East Judith Drive,   Hammonton, NJ 08037-2423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2020 at the address(es) listed below:  
         Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation   dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jill T. Bryan   on behalf of Debtor Darryl B. Crowder, Jr. jtb.assistant1@verizon.net  
         Jill T. Bryan   on behalf of Joint Debtor Elizabeth L. Crowder jtb.assistant1@verizon.net  
         Melissa S DiCerbo   on behalf of Creditor   LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                  TOTAL: 7