Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–28332–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Darryl B. Crowder Jr.                               Elizabeth L. Crowder
   12 East Judith Drive                                aka Elizabeth L. Camacho
   Hammonton, NJ 08037                       12 East Judith Drive
                                                        Hammonton, NJ 08037

Social Security No.:
  xxx–xx–0835                                        xxx–xx–8062

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                July 17, 2020
Time:               10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*31* – Certification in Opposition to dismissal (related document:30 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 06/24/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Jill T. Bryan on behalf of Darryl B. Crowder Jr., Elizabeth L. Crowder. (Bryan, Jill)

and transact such other business as may properly come before the meeting.

Dated: June 24, 2020
JAN: eag

                                                                                      Jeanne Naughton
                                                                                      Clerk