Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  19−28332−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Darryl B. Crowder Jr. | Elizabeth L. Crowder |
| 12 East Judith Drive | aka Elizabeth L. Camacho |
| Hammonton, NJ 08037 | 12 East Judith Drive |
| | Hammonton, NJ 08037 |

Social Security No.:
 xxx−xx−0835

 xxx−xx−8062

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:              July 17, 2020
Time:              10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*31* – Certification in Opposition to dismissal (related document:30 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 06/24/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Jill T. Bryan on behalf of Darryl B. Crowder Jr., Elizabeth L. Crowder. (Bryan, Jill)

and transact such other business as may properly come before the meeting.

Dated: June 24, 2020
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-28332-JNP
Darryl B. Crowder, Jr.                                                Chapter 13
Elizabeth L. Crowder
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jun 24, 2020
                              Form ID: 173         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
db/jdb          +Darryl B. Crowder, Jr.,   Elizabeth L. Crowder,   12 East Judith Drive,
                 Hammonton, NJ 08037-2423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jill T. Bryan    on behalf of Joint Debtor Elizabeth L. Crowder jtb.assistant1@verizon.net
          Jill T. Bryan    on behalf of Debtor Darryl B. Crowder, Jr. jtb.assistant1@verizon.net
          Lauren  Moyer    on behalf of Creditor   Lakeview Loan Servicing, LLC lmoyer@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Melissa S DiCerbo    on behalf of Creditor   LoanCare, LLC as servicer for Lakeview Loan Servicing,
           LLC. nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8