UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JILL T. BRYAN, ESQ.
900 Route 168, Suite A-4
Turnersville, NJ  08012
(856) 227-2000
(856) 227-2212 (fax)
jill.bryan@verizon.net

Order Filed on July 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

DARRYL CROWDER AND ELIZABETH CROWDER

Case No.:   19-28332-JNP

Chapter:   13

Judge:   Poslusny

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 21, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jill T. Bryan, Esq._____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____1128_____ per month for ___50 more___ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Darryl B. Crowder, Jr.  
Elizabeth L. Crowder  
      Debtors

Case No. 19-28332-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jul 21, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2020.
db/jdb     +Darryl B. Crowder, Jr.,    Elizabeth L. Crowder,    12 East Judith Drive,    Hammonton, NJ 08037-2423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2020 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation    dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com  
      Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
      Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
      Jill T. Bryan     on behalf of Joint Debtor Elizabeth L. Crowder jtb.assistant1@verizon.net  
      Jill T. Bryan     on behalf of Debtor Darryl B. Crowder, Jr. jtb.assistant1@verizon.net  
      Lauren Moyer     on behalf of Creditor    Lakeview Loan Servicing, LLC lmoyer@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com  
      Melissa S DiCerbo     on behalf of Creditor    LoanCare, LLC as servicer for Lakeview Loan Servicing, LLC. nj-ecfmail@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com  
      U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                 TOTAL: 8