Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 19−28332−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Darryl B. Crowder Jr.
12 East Judith Drive
Hammonton, NJ 08037

Elizabeth L. Crowder
aka Elizabeth L. Camacho
12 East Judith Drive
Hammonton, NJ 08037

Social Security No.:
xxx−xx−0835

xxx−xx−8062

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on February 19, 2021.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 19, 2021
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Darryl B. Crowder, Jr.  
Elizabeth L. Crowder  
    Debtors

Case No. 19-28332-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Feb 19, 2021      Form ID: 148      Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Darryl B. Crowder, Jr., Elizabeth L. Crowder, 12 East Judith Drive, Hammonton, NJ 08037-2423 |
| 518559617 | | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 518479585 | + | Fedloan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 518479586 | + | Lakeview Loan Servicing, LLC, Attn: Customer Service, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 518479587 | + | Lavini Dorsey, 6418 Strand Avenue, Mays Landing, NJ 08330-1062 |
| 518603155 | + | LoanCare LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518580215 | + | Mariner Finance, LLC, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 518479588 | #+ | Mariner Finance, LLC, 3600 E. Landis Avenue, Unit 19, Vineland, NJ 08361-3090 |
| 518479590 | + | Natera, PO Box 8427, Pasadena, CA 91109-8427 |
| 518479592 | + | One Main Financial, Bankruptcy Dept., 200 N. Route 73, Unit 6B, West Berlin, NJ 08091-2504 |
| 518479593 | + | Renee E. Suglia, Asst.General Counsel, Pepco Holdings Inc, 500 N. Wakefield Drive, 92DC42, Newark, DE 19702-5440 |
| 518479594 | + | South Jersey Gas Co., PO Box 6091, Bellmawr, NJ 08099-6091 |
| 518526565 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518479597 | + | U.S. Dept. of Education, c/o Great Lakes, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 19 2021 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 19 2021 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518479582 | + | Email/Text: bankruptcy@pepcoholdings.com | Feb 19 2021 20:56:00 | Atlantic City Electric, Bankruptcy Division, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 518504250 | + | Email/Text: bankruptcy@pepcoholdings.com | Feb 19 2021 20:56:00 | Atlantic City Electric Company, 5 Collins Drive, Suite 2133, Mail Stop 84CP42, Carneys Point NJ 08069-3600 |
| 518601943 | | EDI: CITICORP.COM | Feb 20 2021 01:33:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518479583 | + | EDI: WFNNB.COM | Feb 20 2021 01:33:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518479584 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 19 2021 23:08:26 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518586663 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2021 23:01:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Recip ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518563479 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2021 23:15:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518479589 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 19 2021 23:15:23 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518531551 | + | EDI: AGFINANCE.COM | Feb 20 2021 01:33:00 | ONEMAIN, P.O. Box 3251, Evansville, In. 47731-3251 |
| 518479591 | + | Email/Text: tuscolsup@fisglobal.com | Feb 19 2021 20:58:00 | OceanFirst Bank, c/o Complete Payment Recovery Services, 3500 5th Street, Northport, AL 35476-4723 |
| 518747668 | | EDI: PRA.COM | Feb 20 2021 01:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518747669 | | EDI: PRA.COM | Feb 20 2021 01:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518587401 | | EDI: Q3G.COM | Feb 20 2021 01:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518479595 | | EDI: TFSR.COM | Feb 20 2021 01:33:00 | Toyota Financial Services, Bankruptcy Dept., 5005 North River Blvd, N.E., Cedar Rapids, IA 52411 |
| 518513780 | | EDI: WFFC.COM | Feb 20 2021 01:33:00 | UNITED STATES DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 518479598 | + | EDI: USAA.COM | Feb 20 2021 01:33:00 | USAA Bank, PO Box 65020, San Antonio, TX 78265-5020 |
| 518585165 | + | EDI: AIS.COM | Feb 20 2021 01:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518479596 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Financial Services, Bankruptcy Dept., 5005 North River Blvd., N.E., Cedar Rapids, IA 52411 |
| 518526568 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 21, 2021    Signature:    /s/Joseph Speetjens

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Feb 19, 2021 | Form ID: 148 | Total Noticed: 33

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jill T. Bryan | on behalf of Debtor Darryl B. Crowder  Jr. jtb.assistant1@verizon.net |
| Jill T. Bryan | on behalf of Joint Debtor Elizabeth L. Crowder jtb.assistant1@verizon.net |
| Lauren Moyer | on behalf of Creditor Lakeview Loan Servicing  LLC lmoyer@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Melissa S DiCerbo | on behalf of Creditor LoanCare  LLC as servicer for Lakeview Loan Servicing, LLC. nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9